```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41682
    ELAINE L RUSSELL
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-1751
```

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1. The case was filed on 11/10/04 and confirmed on 01/07/05.

  2. The plan is paid in full.

  3. The Debtor paid a total of $ 14926.64 .

  4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | 705.18 | .00 | 174.26 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2148.09 | .00 | 530.82 |
| ROUNDUP FUNDING LLC | UNSECURED | 4326.35 | .00 | 1069.09 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 302.24 | .00 | 74.69 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE ORTHOPAEDICS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MARSHALL FIELD | UNSECURED | 77.44 | .00 | 19.14 |
| MEDICAL EYE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL EYE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL EYE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL EYE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE ORTHODONTIC | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 5386.11 | .00 | 1330.97 |

```
B FIRST LLC                  UNSECURED      8709.22          .00       2152.15
ROUNDUP FUNDING LLC          UNSECURED       801.01          .00        197.94
AR RESOURCES                 UNSECURED    NOT FILED          .00           .00
BLATT HASENMILLER LEIBSK     UNSECURED    NOT FILED          .00           .00
TDS METROCOM                 UNSECURED    NOT FILED          .00           .00
TDS METROCOM                 UNSECURED    NOT FILED          .00           .00
US DEPARTMENT OF EDUCATI     UNSECURED     20973.15          .00       5182.71
CLARK RETAIL ENTERPRISES     UNSECURED       466.75          .00        115.34
WORLD FINANCIAL NETWORK      UNSECURED       236.64          .00         58.48
WORLD FINANCIAL NETWORK      UNSECURED       609.66          .00        150.65
WORLD FINANCIAL NETWORK      UNSECURED       122.79          .00         30.34
WORLD FINANCIAL NETWORK      UNSECURED       165.48          .00         40.89
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|---------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | .00     | .00      | 45030.11  | .00   | 45030.11 |
| PRINCIPAL PAID     | .00     | .00      | 11127.47  | .00   | 11127.47 |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00      |
| TOTAL PAID         | .00     | .00      | 11127.47  | .00   | 11127.47 |

The Debtor's attorney, DAVID M SIEGEL                , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    572.53 .

Refunds to the Debtor totaled $    526.64 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 04 B 41682 ELAINE L RUSSELL